**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02343-REB-CBS

GERALD ELWELL,
SEAN ASH,
JP BORDEWICK, and
RICHARD WARNER, individually and on behalf of all other similarly situated persons,

      Plaintiffs,

v.

AIR LINE PILOTS ASSOCIATION INTERNATIONAL,

      Defendant.

## ORDER RE: MOTIONS FOR CLASS CERTIFICATION

**Blackburn, J.**

      The matter is before the court *sua sponte*.  In this putative class action, the court recognizes the requirement under Fed. R. Civ. P. 23(c)(1)(A) to determine whether to certify a class before the case properly can proceed to resolution by summary judgment, trial, or otherwise.  Therefore, I establish the following briefing schedule to govern resolution of this and related matters.

      **IT IS ORDERED** as follows:

      1.  That no later than thirty (30) days after the first answer or other response, e.g., motion to dismiss, etc., to the complaint is filed by the defendant in this case,  the plaintiff **SHALL FILE** a motion for class certification under Fed. R. Civ. P. 23 (a) that addresses, *inter alia*, (i) the prerequisites at Fed. R. Civ. P. 23(a)(1)-(4), and (ii) the matters at Fed. R. Civ. P. 23(b); (b) that defines the proposed class; and (c) that

requests the appointment of class counsel;

2. That the deadlines for filing response and reply briefs **SHALL BE FILED** in the time and manner required under D.C.COLO.LCivR 7.1C.;

3. That any applicant for class counsel **SHALL ADDRESS** the matters at Fed. R. Civ. P. 23(g)(1)(A)(i)-(iv) and any other matter pertinent to the applicant's ability to fairly and adequately represent the interests of the proposed class; and

4. That based on the parties' submissions, the court **WILL** either rule on the papers, order further briefing, convene an evidentiary hearing, or take such further action as the court in its discretion deems proper and necessary.

Dated September 3, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge