IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02343-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 29, 2014 | Courtroom Deputy: Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| GERALD ELWELL, *et al.*, | Richard M. Paul, III |
| Plaintiffs, | |
| v. | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | Michael E. Abram<br>Marcus C. Migliore<br>David W. Furgason |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:     4:02 p.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding the parties' **Joint Motion for Approval of Stipulation Concerning Plaintiffs' Discovery and Defendant's Motion for Summary Judgment** [Doc. No. 41].

The court addresses counsel regarding their stipulation to stay discovery pending ruling on the current motions in the case and its concern whether enough time will remain to allow the parties sufficient time to complete discovery. The court notes it is not the trial judge and therefore cannot adjust the currently set trial date.

Counsel advise the court that they believe they can proceed expeditiously after determination of Defendant's *Motion for Summary Judgment* [Doc. No. 37].

**ORDERED:**     *Joint Motion for Approval of Stipulation Concerning Plaintiffs' Discovery and Defendant's Motion for Summary Judgment* [Doc. No. 41, filed 1/17/2014] is **GRANTED**.

Out of the abundance of caution, the court directs Plaintiffs' counsel to flag in their Response brief the fact that the parties have agreed to defer addressing certain issues framed in the *Motion for*

*Summary Judgment.*

HEARING CONCLUDED.
**Court in recess**:    **4:20 p.m.**
Total time in court:    00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.